IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 04-2385-KHV ) |
| SCOTT & LANDERS, INC., RICHARD E. LANDERS, PAMELA S. LANDERS, | ) ) ) ) |
| Defendants, | ) ) |
| CARL M. TOWNE, CHARLENE A. TOWNE, | ) ) ) |
| Defendants and Third Party Plaintiffs, | ) ) |
| vs. | ) ) |
| NORMA J. LANDERS, | ) ) |
| Third Party Defendant. | ) |

**ORDER OF DISMISSAL WITH PREJUDICE OF
CLAIMS NOT ALREADY REDUCED TO JUDGMENT**

Pursuant to the Stipulation of Dismissal with Prejudice of Claims Not Already Reduced to Judgment (Doc. #62) filed by the parties, and for good cause shown, it is hereby

ORDERED, ADJUDGED AND DECREED THAT F&D shall have the right to enforce the judgment entered on March 7, 2005 in favor of Fidelity and Deposit Company of Maryland ("F&D") and against defendants Scott &

1

Landers, Inc., Richard E. Landers, and Pamela S. Landers in the amount of $161,550.76.

IT IS FURTHER, ORDERED, ADJUDGED AND DECREED THAT the remaining claims in the above-referenced matter including F&D's Complaint against the Townes; the Townes' Cross-Claim against Scott & Landers, Inc. Richard E. Landers, and Pamela S. Landers, and their Third Party Petition against Norma Landers are dismissed with prejudice, with each party to bear their own costs.

IT IS SO ORDERED.

Date:   December 29, 2005

s/ Kathryn H. Vratil
The Honorable Kathryn H. Vratil
United States District Judge